U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR - 3 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 11cr00291-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| DAVID LEE BALDWIN | * | MAG. JUDGE HANNA |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, _David Lee Baldwin_, and adjudges him guilty of the offenses charged in **Count Two** of the indictment against him.

THUS DONE AND SIGNED in chambers, this _31_ day of _April_ 2012 in Lafayette, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE